IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOANG MONG LE,

        Petitioner,          No. CIV S-04-2522 LKK DAD P

    vs.

JOHN ASHCROFT, et al.,

        Respondents.          <u>ORDER TO SHOW CAUSE</u>

_____/

        Petitioner has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On February 28, 2005, respondents filed a motion to dismiss. Petitioner has not filed an opposition to the motion although the court granted petitioner an extension of time on April 1, 2005. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondents' February 28, 2005

/////

/////

/////

/////

1

1  motion to dismiss should not be granted.  Petitioner's failure to respond to this order will result
2  in a recommendation that the motion to dismiss be granted.
3  DATED: May 11, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:4
   le2522.osc2

2