IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOANG MONG LE,

    Petitioner,                           No. CIV S-04-2522 LKK DAD P

    vs.

JOHN ASHCROFT, et al.,

    Respondents.                     FINDINGS AND RECOMMENDATIONS

                                    /

        Petitioner, who is represented by counsel, filed an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On February 28, 2005, respondents filed a motion to dismiss the amended petition as moot. Respondents contend that petitioner was released and is no longer in the custody of the Bureau of U.S. Immigration and Customs Enforcement. On May 19, 2005, petitioner's counsel filed a response to the court's order to show cause and indicates there is no opposition to respondents' motion to dismiss.

        Accordingly, IT IS HEREBY RECOMMENDED that:

        1. Respondents' February 28, 2005 motion to dismiss be granted; and

        2. This action be dismissed as moot.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1  days after being served with these findings and recommendations, any party may file written
2  objections with the court and serve a copy on all parties.  Such a document should be captioned
3  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
4  shall be served and filed within ten days after service of the objections.  The parties are advised
5  that failure to file objections within the specified time may waive the right to appeal the District
6  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
7  DATED: May 27, 2005.

*signature*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
le2522.157